AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

PAUL SKINNER,

      Plaintiff,               JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: 3:11-CV-00554-LRH-WGC

GREG SMITH,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiff's amended complaint [7] is DISMISSED with prejudice and without leave to amend.


  November 2, 2011                                            **LANCE S. WILSON**
      Date                                                              Clerk

                                                             /s/   M. Campbell
                                                                Deputy Clerk